**Mohammed ASHRAF, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 08–72731.**

United States Court of Appeals, Ninth Circuit.

Submitted March 12, 2013.*

Filed March 14, 2013.

Ashwani K. Bhakhri, Law Offices Of Ashwani K. Bhakhri, Burlingame, CA, for Petitioner.

---

* The Honorable James C. Mahan, U.S. District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. See *Fed. R.App. P. 34(a)(2).*

642

Ronald E. Lefevre, Office Of The District Counsel Department Of Homeland Security San Francisco, CA, Carmel Aileen Morgan, Esquire, Trial, Terri Leon-Benner, Esquire, Trial, DOJ–U.S. Department Of Justice, Washington, DC, for Respondent.

Before: WALLACE, McKEOWN, and IKUTA, Circuit Judges.

## MEMORANDUM **

Ashraf petitions for review of the Board of Immigration Appeals' (Board) denial of his motion to reopen. We have jurisdiction under 8 U.S.C. § 1252(b), and we deny the petition.

The Board did not abuse its discretion when it denied Ashraf's motion to reopen. *See Iturribarria v. I.N.S.*, 321 F.3d 889, 894 (9th Cir.2003). Ashraf's motion was untimely. *See* 8 U.S.C. § 1229a(c)(7)(C)(i). Ashraf did not show that the conditions in Pakistan, insofar as they related to his circumstances, had materially worsened since the time the Board denied his application for cancellation of removal, and therefore he did not qualify for the "changed country conditions" exception to the filing deadline. *See id.* §§ (i), (ii); 8 C.F.R. § 1003.2(c)(3)(ii).

**PETITION DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).